IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PAUL HOUSE                                                                                    PLAINTIFF

v.                                              Case No. 6:19-cv-06055

DERRICK BARNES
and JASON WATSON                                                                        DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed June 20, 2019, by the Honorable

Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  (ECF No.

9).  Judge Bryant recommends that Plaintiff's Complaint be dismissed because Plaintiff has failed

to comply with the Court's Local Rules and Orders and failed prosecute his case.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object

has passed.  *See* 28 U.S.C. § 636(b)(1).  Therefore, the Court adopts the Report and

Recommendation (ECF No. 9) *in toto*.  Accordingly, Plaintiff's Complaint is hereby **DISMISSED**

**WITHOUT PREDJUDICE**.

**IT IS SO ORDERED**, this 10th day of July, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge